**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>v.<br>Mario Alexander Pino,<br>    Defendant. | No. CR- 08-0895-PHX-LOA<br><br>**ORDER** |

Upon motion of the defendant, with no opposition from the government, and good cause appearing,

**IT IS HEREBY ORDERED** continuing the trial in this case from December 17, 2008, to **Thursday, January 15, 2009 at 10:00 a.m.**

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS FURTHER ORDERED** extending the current pretrial motions deadline of October 30 ,2008, to and including **November 28, 2008**.

**IT IS FURTHER ORDERED** vacating the Pretrial Conference currently set for December 2, 2008 and resetting same to **Wednesday, December 17, 2009 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that any subpoenas previously issued and served in this matter remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the new trial date.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)(8) will commence on ___10/30/08___ for a total of __77__ days.

DATED this 30th day of October, 2008.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge